**Order entered July 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00134-CR

**HAMID SHOHREH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82213-2013**

## ORDER

Appellant's June 27, 2014 motion for extension of time to file appellant's brief is before the Court. In his motion, appellant requests that the time to file his brief be extended until after the court of criminal appeals issues an opinion on an unrelated case that addresses a similar issue. The Court will not grant an indefinite extension that tethers this case to the resolution of the matter pending in the court of criminal appeals.

Accordingly, appellant's motion is **GRANTED IN PART**. The time to file appellant's brief is **EXTENDED** to **FORTY-FIVE DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE